IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**DENNIS EVANS**                                                                    **PETITIONER**

v.                                                                                    No. 1:20CV124-GHD-JMV

**STATE OF MISSISSIPPI**                                          **RESPONDENT**

### FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause:

(1) The petitioner's claims in Ground Three of the instant petition for a writ of *habeas corpus* are **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted;

(2) In the alternative, the petitioner's claims in Ground Three are **DISMISSED** without prejudice for failure to exhaust state remedies;

(3) In addition, the petitioner's claims in Grounds One and Two of the instant petition are **DISMISSED** without prejudice for failure to exhaust state remedies.

(4) The instant petition for a writ of *habeas corpus* is thus **DISMISSED** in its entirety, and

(5) This case is **CLOSED**.

**SO ORDERED**, this, the 12th day of February, 2021.

/s/ Glen H. Davidson
SENIOR UNITED STATES DISTRICT JUDGE